IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES HUMBLE, JR.
ADC #117144                                                                PLAINTIFF

v.                       No. 1:18-cv-78-DPM

STEPHEN WILLIAMS, Warden,
NCU; KEITH DAY, Major, NCU;
B. COWGILL, Classification, NCU;
and L. COOPER, Field Captain, NCU                      DEFENDANTS

## ORDER

Unopposed recommendation, № 5, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Humble's amended complaint will be dismissed without prejudice for failure to state a claim. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 December 2018