# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

JAMES HUMBLE, JR.
ADC #117144                                                    PLAINTIFF

v.                      No. 1:18-cv-78-DPM

STEPHEN WILLIAMS, Warden,
NCU; KEITH DAY, Major, NCU;
B. COWGILL, Classification, NCU;
and L. COOPER, Field Captain, NCU                              DEFENDANTS

## JUDGMENT

Humble's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

10 December 2018